# UNITED STATES DISTRICT COURT

for the

District of North Dakota

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 1:09-cr-009 |
| | ) | | |
| Anthony Ray Martin | ) | | |
| | ) | | |

### ORDER SCHEDULING

### DETENTION HEARING

A hearing in this case is scheduled as follows:

| Type: | Detention Hearing<br><br>Preliminary Hearing | Date and Time: | October 27, 2011, at 10:00 a.m. |
|---|---|---|---|
| Place: | U.S. Federal Courthouse<br><br>Bismarck, ND | Courtroom No.:<br><br>Bismarck Courtroom 1 | |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: _____10/24/2011_____

_/s/ Charles S. Miller, Jr._

_Judge's signature_

Charles S. Miller, Jr., Magistrate Judge

_Printed name and title_